Barry J. Peek (BJP 3268)

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York 10018
212-763-7034

Attorneys for Defendant Local 1199/S.E.I.U.
United Healthcare Workers East D/B/A Local
1199/S.E.I.U. National Health and Human
Service Employees Union

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETH ISRAEL MEDICAL CENTER,

      Plaintiff,

 - against -

LOCAL 1199/S.E.I.U. UNITED HEALTHCARE
WORKERS EAST D/B/A LOCAL 1199/S.E.I.U.
NATIONAL HEALTH AND HUMAN SERVICE
EMPLOYEES UNION,

      Defendants.

07 CIV 6254 (MGC)

---

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant Local 1199 S.E.I.U. certifies that on July 9, 2007, copies of Local 1199's Notice of Removal and Notice of Filing of Removal was served on the

- 2 -

following parties to this action by hand delivery:

> Jason R. Bogni, Esq.
> Edwards Angell Palmer & Dodge LLP
> 750 Lexington Avenue
> New York, New York 10022

_____
Barry J. Peek (BJP 3268)

Dated: July 10, 2007
      New York, New York

- 2 -

87417