UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beth Israel Medical Center
**Plaintiff**

-v-

1199/SEIU United Healthcare Workers East
**Defendant**

Case No. 07 CIV 6254

JUDGE CEDARBAUM

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Defendant</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE


RECEIVED JUL 0 8 2007 U.S.D.C. S.D.N.Y. CASHIERS

**Date:** July 6, 2007

**Signature of Attorney**
Barry J. Peek
**Attorney Bar Code:** BP 3268

82728

American LegalNet, Inc.
www.USCourtForms.com