EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall (DM-2924)
Jason R. Bogni (JB-3597)
Attorneys for Plaintiff
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH ISRAEL MEDICAL CENTER,

          Plaintiff,

- against -

1199/S.E.I.U. UNITED HEALTHCARE WORKERS EAST, d/b/a LOCAL 1199/S.E.I.U. NATIONAL HEALTH AND HUMAN SERVICE EMPLOYEES UNION,

          Defendant.

07 Civ. 6254 (MGC) (KNF)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Beth Israel Medical Center, a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held: NONE.

Dated: August 2, 2007
      New York, New York

                              EDWARDS ANGELL PALMER & DODGE LLP

                              By: _____
                              Jason R. Bogni (JB-3597)
                              Attorneys for Beth Israel Medical Center
                              750 Lexington Avenue
                              New York, New York 10022
                              212.308.4411

EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall (DM-2924)
Jason R. Bogni (JB-3597)
Attorneys for Beth Israel Medical Center
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETH ISRAEL MEDICAL CENTER,

        Plaintiff,

- against -

1199/S.E.I.U. UNITED HEALTHCARE WORKERS EAST, d/b/a LOCAL 1199/S.E.I.U. NATIONAL HEALTH AND HUMAN SERVICE EMPLOYEES UNION,

        Defendant.

07 Civ. 6254 (MGC) (KNF)

**AFFIDAVIT OF SERVICE**

---

Geraldine M. Orr, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 2nd day of August 2007, she served a true copy of the foregoing ANSWER TO COUNTERCLAIM and RULE 7.1 STATEMENT upon:

        **1199/SEIU UNITED HEALTH CARE WORKERS EAST**
        **301 WEST 43RD STREET**
        **NEW YORK, NEW YORK 10036**

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York.

                                            Geraldine M. Orr

Sworn to before me this
2ND day of August 2007

Notary Public

JASON BOGNI
Notary Public, State of New York
No. 02BO6164235
Qualified in Kings County
My Commission Expires: Apr. 16, 2011