Barry J. Peek (BJP 3268)
Jordan Rossen (JR 6126)

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York 10018
212-763-7034

Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BETH ISRAEL MEDICAL CENTER,

        Plaintiff,

    -v-                                                  No. 07-CV-6254 (MGC)
                                                                ECF Case

1199/S.E.I.U. UNITED HEALTHCARE WORKERS
EAST D/B/A LOCAL 1199/S.E.I.U. NATIONAL
HEALTH AND HUMAN SERVICE EMPLOYEES
UNION

        Defendant-Counter-Claim Plaintiff.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        The undersigned co-counsel for Defendant Counter-Claim Plaintiff Local 1199, certifies that on August 30, 2007 copies of Local 1199's Notice of Motion and Local 1199 Motion to Confirm Arbitration Award, Memorandum in Support of said Motion, Affirmation of Barry J. Peek and Certificate of Service were served on counsel for Plaintiff by electronic filing.

    A Proposed Order has been e-mailed to the Clerk of the Court.

Courtesy copies of said documents and a Proposed Order were hand delivered to Judge Cedarbaum's chamber and to Plaintiff's counsel:

>Jason R. Bogni, Esq.
>Edwards Angell Palmer & Dodge, LLP
>Attorneys for Plaintiff
>750 Lexington Avenue
>New York, NY  10022

Dated:   August 30, 2007
         New York, New York

>_____/s/ Jordan Rossen_____
>Jordan Rossen (JR 6176)

88448

-2-