# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  fax 212.308.4844  eapdlaw.com

Jason R. Bogni
212.912.2907
jbogni@eapdlaw.com

September 7, 2007



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

**VIA FIRST CLASS MAIL**

Hon. Miriam Goldman Cedarbaum
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  Beth Israel Medical Center v. Local 1199 SEIU
>      Case No. 07 Civ. 6254 (MGC) (KNF)

Dear Judge Cedarbaum:

This firm represents Plaintiff Beth Israel Medical Center (the "Hospital") in the above-referenced case, in which Defendant filed a "Motion For Judgment Confirming Arbitration Award And Dismissing Employer's Petition To Vacate Award" on August 30, 2007. I write on behalf of the parties to request that the return date for the motion be adjourned by three weeks to October 18, 2007 at 9:30 a.m.[1], that the date for the Hospital to respond to Defendant's motion be extended by two weeks to October 3, 2007, and that the date for Defendant to submit reply papers be extended to October 16, 2007 (giving Defendant one additional week to prepare its papers). This is the first joint request for an extension of time to complete motion papers, to which Defendant's counsel, Barry Peek, gave his consent.

This request is made because the importance of the papers, upon which the outcome of this case will likely be decided, requires significant time for preparation and for a meaningful review by the Hospital. Defendant also requires additional time for preparation of its reply papers. Accordingly, it is respectfully requested that the motion return date be adjourned and the time for the parties to submit their papers be extended as set forth above.

Respectfully submitted,

Jason R. Bogni

cc:  Barry J. Peek, Esq., Attorney for Defendant
     (By first class mail)

Request granted,
So Ordered;
s/
United States District Judge
September 17, 2007

---

[1] The Court has scheduled a Case Management and Scheduling Conference for this case for the same day, October 18, 2007, at 10:30 a.m.