Barry J. Peek (BJP 3268)
Jordan Rossen (JR 6126)

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York  10018
212-763-7034

Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BETH ISRAEL MEDICAL CENTER,

              Plaintiff,

      -v-                            No. 07-CV-6254 (MGC)
                                     ECF Case

1199/S.E.I.U. UNITED HEALTHCARE WORKERS
EAST D/B/A LOCAL 1199/S.E.I.U. NATIONAL
HEALTH AND HUMAN SERVICE EMPLOYEES
UNION

              Defendant-Counter-Claim Plaintiff.
--------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

        The undersigned co-counsel for Defendant Counter-Claim Plaintiff Local 1199, certifies that on October 16, 2007 copies of Local 1199's Reply Memorandum in Support of Motion to Confirm Arbitration Award, and Certificate of Service were served on counsel for Plaintiff by electronic filing.

        Courtesy copies of said documents were hand delivered to Judge Cedarbaum's chamber and to Plaintiff's counsel:

Jason R. Bogni, Esq.
Edwards Angell Palmer & Dodge, LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY  10022


Dated:    October 16, 2007
          New York, New York


                              _____/s/ Jordan Rossen_____
                                   Jordan Rossen (JR 6176)

89809