*Closed*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BETH ISRAEL MEDICAL CENTER,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/08

                    Petitioner,                    07 **CIVIL** 6254 (MGC)

          -against-                                **JUDGMENT**

1199/S.E.I.U. UNITED HEALTHCARE WORKERS ET.AL.,
                         Respondents.
-------------------------------------------------------------X

Petitioner having moved to vacate an  arbitration award, and respondent having crossed

moved to confirm the arbitration award, and the matter having been brought before the Honorable

Miriam Goldman Cedarbaum, United States District Court, Southern District of NY, who on January

16, 2008, having issued her Opinion denying petitioner's petition and granting respondents' motion

to confirm the award, it is,

**ORDERED, ADJUDGED AND DECREED** , That for the reasons stated in the

Court's Opinion of January 16, 2008, petitioner's motion to vacate the arbitration award is denied,

and respondents' motion to confirm the award is granted.

Dated: NEW YORK, NY

          January 24, 2008

                                        **J. MICHAEL MCMAHON**
                                   _____
                                         **Clerk of Court**

                         **BY:**
                                   _____
                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON